UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

      -against-

SERAFIN LUCERO,

      Defendant.

**ORDER**

**17-CR-150 (NGG)**

NICHOLAS G. GARAUFIS, United States District Judge.

Having conducted a hearing at which the court granted Defendant Serafin Lucero's motion for resentencing for extraordinary and compelling reasons pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), it is ORDERED that Defendant's sentence is hereby reduced to TIME SERVED with a 6-year term of supervised release to begin immediately.

As a condition of supervised release, Defendant shall be placed under 24-hour home incarceration until September 7, 2022, to be enforced by location monitoring, using specific technology to be determined by the Probation Department. During that time, Defendant may only leave his residence for necessary medical services and legal consultation with advanced notification, and approval if time permits, from the Probation Department. All other leave from the residence must be submitted through defense counsel for the Court's approval.

Defendant shall also be subject to additional terms of supervised release as detailed on the record of the hearing on this motion and in the forthcoming amended judgment.

The Bureau of Prisons is ORDERED to release Mr. Lucero from its custody forthwith.

SO ORDERED.

Dated:   Brooklyn, New York
         May 22, 2020

      /s/ Nicholas G. Garaufis
NICHOLAS G. GARAUFIS
United States District Judge